AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

FILED BY _____MP_____ D.C.

Jun 18, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

United States of America
v.
Adam Brosius, et al.,
*Defendants.*

Case No. 24-20255-CR-DIMITROULEAS/HUNT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  CHARLES BOYD,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

- Conspiracy to Introduce Adulterated and Misbranded Drugs, in violation of Title 18, United States Code, Section 371
- Introduction of a Misbranded Drug into Interstate Commerce, in violation of Title 21, United States Code, Sections 331(a) and 333(a)(2)
- Conspiracy to Traffic in Medical Products with False Documentation, in violation of Title 18, United States Code, Section 670
- Conspiracy to Commit Wire Fraud, in violation of Title 18, United States Code, Section 1349
- Wire Fraud, in violation of Title 18, United States Code, Section 1343

Date: 6/18/24

*Michelle Paschal*
*Issuing officer's signature*

City and state: Miami, FL

Angela E. Noble, Clerk of Court / Court Administrator
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By *Michelle Paschal*  Deputy Clerk
Date 6/18/24

Arresting officer's signature

Printed name and title